IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IRAIDA ROLLAND,

     Appellant,

v.

RURAL KING and SEDGWICK
CMS,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1818

Opinion filed November 17, 2016.

An appeal from an order of Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: July 18, 2015.

Katherine Stone of Barbas, Nunez, Sanders, Butler & Hovsepian, Tampa, for
Appellant.

Christopher A. Thorne of Thorne & Associates, P.A., Orlando, for Appellees.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.